■ In the Matter of AARON R. FODIMAN, an Attorney. — Respondent directed to show cause why a final order of suspension, censure or removal from office

should not be made and, pending final determination of the petition, respondent is suspended from practice as an attorney and counselor at law in the State of New York; and referee appointed to hear and report in regard to the charges contained in the petition. Concur — Murphy, P. J., Kupferman, Birns, Sandler and Sullivan, JJ.